

**U.S. Department of Justice**

*David J. Freed*
*United States Attorney*
*Middle District of Pennsylvania*

Website: www.justice.gov/usao/pam/
Email: usapam.contact@usdoj.gov

---

| | | |
|---|---|---|
| *William J. Nealon Federal Building*<br>*235 N. Washington Avenue, Suite 311*<br>*P.O. Box 309*<br>*Scranton, PA  18503-0309*<br>*(570) 348-2800*<br>*FAX (570) 348-2037/348-2830* | *Ronald Reagan Federal Building*<br>*228 Walnut Street, Suite 220*<br>*P.O. Box 11754*<br>*Harrisburg, PA  17108-1754*<br>*(717) 221-4482*<br>*FAX (717) 221-4493/221-2246* | *Herman T. Schneebeli Federal Building*<br>*240 West Third Street, Suite 316*<br>*Williamsport, PA  17701-6465*<br>*(570) 326-1935*<br>*FAX (570) 326-7916* |

*Please respond to: Harrisburg*

November 26, 2019

By ECF

The Honorable Matthew W. Brann
Herman T. Schneebeli Federal Bldg. & U.S. Courthouse
 240 West Third Street
 Suite 218
 Williamsport, PA 17701

    Re:   Mack v. BOP, No. 4:19-cv-300

Dear Judge Brann:

    I hereby report that the United States has settled the above referenced matter.  Plaintiff Jeremy Mack will voluntarily dismiss all claims against the Bivens Defendants as part of the settlement.  If you require further information, please let me know.

                        Sincerely,

                        DAVID J. FREED
                        United States Attorney

                        /s Michael J. Butler
                        Michael J. Butler
                        Assistant United States Attorney