## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JEREMY MACK,                          :     NO. 4:19-CV-300
        **Plaintiff**           :
                               :
        v.                     :     (Brann, J.)
                               :
THE FEDERAL BUREAU OF                  :
PRISONS, ET AL.,                       :
        **Defendants**          :

FILED
HARRISBURG, PA

DEC 0 4 2019

PER _____ DEPUTY CLERK

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE PER RULE 41(a)
## OF THE FEDERAL RULES OF CIVIL PROCEDURE

Plaintiff Jeremy Mack hereby provides notice to this Court that he withdraws

his complaint and seeks that this matter be dismissed with prejudice.

Respectfully submitted,

Dated: 12-02-2019

Jeremy Mack